I hereby attest and certify on 4-10-08
the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK
1079

FILED
CLERK U.S. DISTRICT COURT
AUG 13 2007
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BRADSHAW,<br><br>    Petitioner,<br><br>v.<br><br>B. CURRY, Warden, et al.,<br><br>    Respondent. | Case No. SACV 07-907 CAS (JC)<br><br>ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA |

On August 7, 2007, petitioner William Bradshaw ("petitioner"), a California state prisoner currently incarcerated at the Correctional Training Facility in Soledad, California, filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 (the "Petition").

The Petition does not purport to be directed to the legality of petitioner's second degree murder conviction sustained in the Orange County Superior Court, or the ensuing sentence of 15 years to life plus two years imposed on December 4, 1987. Rather, the Petition concerns a parole problem. (Petition at 2, 5-6).

Venue is proper in a habeas action in either the district of conviction or the district of confinement. See 28 U.S.C. § 2241(d).

///

DOCKETED ON CM
AUG 20 2007
BY _____ 010

1

In cases in which a habeas petition is directed to the petitioner's underlying conviction or sentence, the district court for the district in which the petitioner was convicted and sentenced is a more convenient forum because of the accessibility of evidence, records and witnesses. Thus, district courts in California generally transfer habeas actions questioning state convictions and/or sentences to the district in which the petitioner was convicted and sentenced.

In cases in which a petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credit claims, the district of confinement is the preferable forum. Russo v. Newland, 2000 WL 194812, *1 (N.D. Cal.); accord In re Phelon, 2002 WL 31618536, *1 (N.D. Cal.) (Eastern District of California preferable forum where High Desert State Prison inmate sought federal habeas review of prison disciplinary decision); Giovinco v. Carey, 2003 WL 21696204, *1 (N.D. Cal.) (Eastern District preferable forum for challenge of parole decision made at prison within that district); see also Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (proper forum for federal inmate to challenge execution of sentence is district in which prisoner confined). Accordingly, district courts in California generally transfer habeas actions challenging the manner in which a sentence is being executed to the district in which the petitioner is confined.

Petitioner is housed in the Correctional Training Facility which is located in Monterey County which is within the jurisdictional boundaries of the Northern District of California. See 28 U.S.C. § 84(a). Therefore, pursuant to 28 U.S.C. §§ 1404(a) and 2241(d), and in the interests of justice,

///
///
///
///
///

IT IS HEREBY ORDERED:

The Clerk of this Court shall transfer this matter to the United States District Court for the Northern District of California, and shall serve a copy of this Order upon petitioner and upon the California Attorney General.

IT IS SO ORDERED.

DATED: 8/13/07

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

*Jacqueline Chooljian*
Jacqueline Chooljian
United States Magistrate Judge

3