WILLIAM BRADSHAW (D-73217)
P.O. BOX 689, CTF-CENTRAL
GW-325-LOW
SOLEDAD, CA 93960-0689

26 JULY 2007

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
ATTN: INTAKE/DOCKET SECTION
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

RE: $5.00 Filing Fee for 28 USC § 2254

Dear Clerk of the Court:

The included $5.00 is for the filing fee of a 28 USC § 2254 in your court. The same day of this letter, via mailbox rule, the §2254 petition was mailed.

SINCERELY,

/s/ William Bradshaw
WILLIAM BRADSHAW

SACV07-907-CAS (JC)

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Fee Paid

DOCKETED ON CM
AUG 20 2007
BY ___ 010

WILLIAM BRADSHAW (D-73217)
P.O. BOX 689, CTF-CENTRAL
GW-325-LOW
SOLEDAD, CA 93960-0689

26 JULY 2007

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
UNITED STATES COURTHOUSE
ATTN: INTAKE/DOCKET SECTION
312 NORTH SPRING STREET
LOS ANGELES, CA 90012

RE: $5.00 Filing Fee For 28 USC § 2254

Dear Clerk of the Court:

The included $5.00 is for the filing fee of a 28 USC § 2254 in your court. The same day of this letter, via mailbox rule, the § 2254 petition was mailed.

SINCERELY,

[signature]
WILLIAM BRADSHAW

**PROOF OF SERVICE BY MAIL**
BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015.5)

I, WILLIAM BRADSHAW, declare:

I am over 18 years of age and I am party to this action. I am a resident of CORRECTIONAL TRAINING FACILITY prison, in the County of Monterey, State of California. My prison address is:

William Bradshaw, CDCR #: D-73217
CORRECTIONAL TRAINING FACILITY
P.O. BOX 689, CELL #: GW-325-Low
SOLEDAD, CA 93960-0689.

On July 26, 2007, I served the attached:

RE: 5$\underline{\text{th}}$ Filing Fee for 28 USC § 2254

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

Attn: Intake/Docket Section
Clerk of the Court
U.S. District Court, Central District of Cal.
United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July __, 2007.

x_____
Declarant



USA FIRST-CLASS FOREVER

WILLIAM BRADSHAW (D73217)
P.O. BOX 689, CTF-CENTRAL
GW-335-LOW
SOLEDAD, CA 93960-0689

FSCW

Attn: Intake/Docket Section
Clerk of the Court
U.S. District Court, Central District of Cal.
United States Courthouse
AUG - 6 2007 North Spring Street
Los Angeles, CA 90012

"Confidential"
Legal
Mail

900124701 C042