

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

FILED
2008 APR 18  A 9:19
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

April 10, 2008

USDC-San Jose Division
280 South First Street, Room 2112
San Jose, CA 95113
Atten: Snooki

Re:  Transfer of our Civil Case No.  8:07-cv-907 CAS(JCx)

Case Title:  William Bradshaw v. B Curry

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the order and the docket. Please acknowledge receipt of same and indicate below the case number you have assigned to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

Very truly yours,

Clerk, U.S. District Court

By   R. La Chapelle
     Deputy Clerk

cc:  All counsel of record

===============================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV:  C08 02025 JF

Clerk, U.S. District Court

By   Tiffany Salinas-Harwell
     Deputy Clerk

CV-22 (01/01)                    TRANSMITTAL LETTER - CIVIL CASE TRANSFER OUT

194, CLOSED, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:07-cv-00907-CAS-JC

Bradshaw v. Curry
Assigned to: Judge Christina A. Snyder
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/07/2007
Date Terminated: 08/13/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**William Bradshaw**

represented by **William Bradshaw**
D-73217
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689
PRO SE

V.

**Respondent**

warden B Curry

| Date Filed | # | Docket Text |
|---|---|---|
| 08/07/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Christina A. Snyder and referred to Magistrate Judge Chooljian.(Filing fee $ 5.), filed by petitioner William Bradshaw.(dmjr) (Entered: 08/17/2007) |
| 08/07/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Christina A. Snyder and referred to Magistrate Judge Chooljian to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (dmjr) (Entered: 08/17/2007) |
| 08/13/2007 | 3 | ORDER by Judge Christina A. Snyder transferring this matter to the United States District Court for the Northern District of California and shall serve a copy of this Order upon petitioner and upon the California Attorney General. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.)(bg) (Entered: 08/20/2007) |
| 08/14/2007 | | FINANCIAL ENTRY: Received $5.00 into the registry of the Court from JC Brandshaw. Re: Petition for Writ of Habeas Corpus (2254)[1] (bg) (Entered: 08/20/2007) |

| 04/10/2008 | 4 | TRANSMITTAL of documents to the Northern District of California, San Jose Division. Orginal Case file along with certified copies of docket and transfer Order mailed to San Jose Division, 280 South First Street, Room 2112, San Jose, CA 95113.(rla) (Entered: 04/10/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/10/2008 13:58:34 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:07-cv-00907-CAS-JC |
| Billable Pages: | 2 | Cost: | 0.16 |