NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WILLIAM BRADSHAW, | ) | No. C 08-2025 JF (PR) |
|---|---|---|
| Petitioner, | ) | ORDER CORRECTING ERRONEOUS FILING; ORDER CLOSING CASE; INSTRUCTIONS TO CLERK |
| vs. | ) | |
| B. CURRY, Warden, | ) | |
| Respondent. | ) | |

The instant petition for a writ of habeas corpus was transferred to this Court from the Central District of California on April 18, 2008. Petitioner, a state prisoner proceeding pro se, has an earlier habeas action pending with the Court in case no. C 08-1787 JF (PR). The instant petition is related to Petitioner's pending habeas action in case no. C 08-1787 JF (PR). Accordingly, the instant habeas action was mistakenly opened as a new case and will be closed. The Clerk is instructed to copy all documents from the instant case and transfer the documents to Petitioner's earlier filed habeas action in case number C 08-1787 JF (PR). The Court will review the merits of the petition in a separate written order in case number C 08-1787 JF (PR).

IT IS SO ORDERED.

DATED: 4/24/08

JEREMY FOGEL
United States District Judge

Order Correcting Erroneous filing; Order Closing Case; Instructions to Clerk
P:\pro-se\sj.jf\hc.08\Bradshaw025close          1