1

2

3

4

5

6

7

8

9

10

11

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

12  WILLIAM BRADSHAW,                    )          No. C 08-2025 JF (PR)
                                        )
13                 Petitioner,          )          JUDGMENT
                                        )
14      vs.                             )
                                        )
15  B. CURRY, Warden,                   )
                                        )
16                 Respondent.          )
    _____)

17

18        The Court has closed the instant case because the petition filed on April 18, 2008,

19  was mistakenly received and opened in a new habeas action, rather than being filed in

20  Petitioner's pending habeas action in case no. C 08-1787 JF (PR).  Accordingly, a

21  judgment of dismissal without prejudice is entered.  The Clerk shall close the file.

22        IT IS SO ORDERED.

23  DATED:  4/24/08 _____

                                        _____
24                                      JEREMY FOGEL
                                        United States District Judge

25

26

27

28

Judgment
P:\pro-se\sj.jf\hc.08\Bradshaw025jud                    1